UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| Dakotans for Health,<br><br>               Plaintiff,<br><br>vs.<br><br>South Dakota Governor Kristi L. Noem, in her official capacity, South Dakota Attorney General Jason Ravnsborg, in his official capacity, and South Dakota Secretary of State Steve Barnett, in his official capacity,<br><br>               Defendants. | 4:21-CV-4045-LLP<br><br><br>JUDGMENT |

       In accordance with the Eighth Circuit's Judgment affirming this Court's preliminary injunction (Doc. 57), the parties' Joint Motion for Entry of Final Judgment (Doc. 62), and Defendants' full satisfaction of the Judgments awarding attorney fees and costs to Plaintiff (Doc. 63),

       IT IS ORDERED, ADJUDGED and DECREED that Defendants are permanently enjoined from enforcing Senate Bill 180 (2020).

Dated this 10th day of January, 2023.

                                                    BY THE COURT:

                                                    /s/ Lawrence L. Piersol<br>
                                                    Lawrence L. Piersol<br>
                                                    United States District Judge

ATTEST:<br>
MATTHEW W. THELEN<br>
/s/ Matthew Thelen