UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


| | | |
|---|---|---|
| Dakotans for Health, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. 4:21-cv-4045-LLP |
| | ) | |
| v. | ) | |
| | ) | |
| South Dakota Governor Kristi L. Noem, | ) | |
| in her official capacity, South Dakota | ) | |
| Attorney General Marty Jackley, in | ) | |
| his official capacity, and South Dakota | ) | |
| Secretary of State Monae L. Johnson, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants.[1] | ) | |
| _____ | ) | |

## **Motion for Order Enforcing Permanent Injunction**

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Anti-Injunction Act, 28 U.S.C. § 2283, F. R. Civ. P. 65, and this Court's inherent authority to enforce its own judgments and injunctions, Dakotans for Health moves for an order enforcing this Court's Judgment and permanent injunction of January 10, 2023 (Doc. 64), by joining South Dakota State Representative Jon Hansen, Life Defense Fund, and Leslee

---

[1]Attorney General Jackley and Secretary of State Johnson are automatically substituted for the former holders of their offices.  F. R. Civ. P. 25(d).

Unruh as defendants in this action, and permanently enjoining them and all persons acting in concert with them from attempting to obtain a state court order that would purport to compel defendants Governor Noem, Attorney General Jackley, and Secretary of State Johnson to enforce the petition circulator residency requirement that this Court permanently enjoined, and thereby to violate this Court's permanent injunction, Doc. 64.

Dated: June 18, 2024            Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
(605) 341-4400
jim@southdakotajustice.com
Attorney for Dakotans for Health

2

<u>Certificate of Service</u>

I certify that on June 18, 2024, I served this document as follows:

1.     On defendants by filing it electronically, thereby causing automatic service to be made on defendants' attorneys of record;

2.     On Attorney General Marty Jackley by email at the address shown in the State Bar of South Dakota Membership Directory, which is Marty.Jackley@state.sd.us;

3.     On South Dakota State Representative Jon Hansen, by email at the address shown in the State Bar of South Dakota Membership Directory, which is jon@jonhansenlawoffice.com; and

4.     On Sara Frankenstein, by email at the address shown in the State Bar of South Dakota Membership Directory, which is sfrankenstein@gpna.com.

<u>/s/ James D. Leach</u>
James D. Leach