# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

*Legal Assistant*  Tel: (605) 341-4400  *Legal Secretary*
*Raquel L. Vokenroth, CLA*  Fax: (605) 341-0716  *Verma J. Stehly*

jim@southdakotajustice.com

June 20, 2024

<u>By CM/ECF only</u>

Hon. Lawrence L. Piersol
United States District Judge
400 S. Phillips Ave.
Sioux Falls, SD 57016

    Re:    Dakotans for Health v. Noem, Civ. 21-4045

Dear Judge Piersol:

    Two days ago, on behalf of Dakotans for Health, I filed a Motion for Order Enforcing Permanent Injunction, in which I seek to join as defendants and enjoin South Dakota State Representative Jon Hansen, Life Defense Fund, and Leslee Unruh from making allegations in a new state court case that are precluded by your permanent injunction in *Dakotans for Health v. Noem*, Doc. 64.

    Yesterday, the state court plaintiffs in the new case asked the state court judge to set an immediate hearing (i.e. yesterday) on a Motion for Expediting Scheduling Order. The hearing they want did not occur yesterday. But their request shows that they intend to proceed in the state court case without regard to your existing permanent injunction, and without regard for the motion I filed two days ago.

    The state court proceedings are in derogation of your permanent injunction. Accordingly, I respectfully request that you move forward as soon as possible to hear and determine the Motion for Order Enforcing Permanent Injunction.

June 20, 2024
Hon. Lawrence L. Piersol
Page 2

      I am available for a conference or hearing, by telephone, videoconference, or in person, at your convenience.

                                    Respectfully submitted,

                                    /s/ *James D. Leach*

                                  James D. Leach

JL/hs

cc:    James Moore (by CM/ECF)
        Clifton Katz (by CM/ECF)
        Marty Jackley (by email)
        Charlie McGuigan (by email)
        Sara Frankenstein (by email)
        Richard Williams (by email)
        Jon Hansen (by email)