UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| DAKOTANS FOR HEALTH, | : | 4:21-cv-04045-KES |
| Plaintiff, | : | |
| v. | : | |
| SOUTH DAKOTA GOVERNOR KRISTI L. NOEM, in her official capacity, ATTORNEY GENERAL MARTY JACKLEY, in his official capacity, and SOUTH DAKOTA SECRETARY OF STATE MONAE L. JOHNSON, in her official capacity, | : : : | **DEFENDANTS' RESPONSE TO MOTION (DOC. 65)** |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

On June 18, 2024, Plaintiff Dakotans for Health filed a motion (Doc. 65) asking this Court to enforce the judgment in this case entered on January 10, 2023. The motion is not directed at Governor Noem, Attorney General Jackley, or Secretary of State Johnson ("the State Defendants"), it includes no allegation that they have done anything that would violate this Court's judgment, and it seeks no relief against them. By order dated June 24, 2024 (Doc. 70), this Court requested briefing from Plaintiff Dakotans for Health and the potential defendants named in the motion, but not from the State Defendants. Accordingly, the State Defendants will not respond further to the motion unless directed by the Court.

1

Case Number:  4:21-cv-04045-KES
Defendants' Response to Motion (Doc. 65)

    Dated this 25th day of June, 2024.

                                              WOODS, FULLER, SHULTZ & SMITH, P.C.

                          By  */s/ James E. Moore*
                             James E. Moore
                             Justin G. Smith
                             Jacquelyn A. Bouwman
                             P.O. Box 5027
                             300 South Phillips Avenue, Suite 300
                             Sioux Falls, SD 57117-5027
                             Phone (605) 336-3890
                             James.Moore@woodsfuller.com
                             Justin.Smith@woodsfuller.com
                             Jacquelyn.Bouwman@woodsfuller.com
                             *Attorneys for Defendants*

4853-5311-7643, v. 1