# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

*Legal Assistant*　　　　　　　　Tel:  (605) 341-4400　　　　　　　　*Legal Secretary*
*Raquel L. Vokenroth, CLA*　　　Fax: (605) 341-0716　　　　　　　　*Verma J. Stehly*

jim@southdakotajustice.com

July 1, 2024

<u>By CM/ECF only</u>

Hon. Karen S. Schreier
United States District Judge
400 S. Phillips Ave.
Sioux Falls, SD 57016

    Re:　Dakotans for Health v. Noem, Civ. 21-4045

Dear Judge Schreier:

    By no later than tomorrow, July 2 at 10:00 a.m. Central Time, I plan to file a Motion for Leave to File a Response to LDF's brief, with my proposed Response attached as an Exhibit.

                  Respectfully submitted,

                  */s/ James D. Leach*

                  James D. Leach

JL/hs
cc:　James Moore (by CM/ECF)
　　　Clifton Katz (by CM/ECF)
　　　Marty Jackley (by email)
　　　Charlie McGuigan (by email)
　　　Sara Frankenstein (by email)
　　　Richard Williams (by email)
　　　Jon Hansen (by email)